# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>TOYOTA OF SAN DIEGO,<br><br>  Defendant. | CASE NO. 06-CV-902-H (RBB)<br><br>**ORDER CLOSING CASE** |
|---|---|

On April 19, 2006, Plaintiff, the United States Equal Employment Opportunity Commission, filed an application for an order to show cause why a subpoena duces tecum, pursuant to 49 U.S.C. § 2000e-9, should not be enforced against Defendant, Toyota of San Diego. On May 23, 2006, the Court entered an order requiring Defendant to show cause why the subpoena duces tecum should not be enforced. (Doc. No. 4.) On June 1, 2006, the Court entered an order in response to a stipulation by the parties resolving the dispute and withdrawing the show cause application. (Doc. No. 5.) Accordingly, the Court directs the Clerk of Court to **CLOSE** this case. If a party disagrees that the dispute is resolved, it may file an application to reopen the case for good cause shown within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: November 7, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1 | COPIES TO:
Anna Y. Park
2 | U.S. Equal Employment Opportunity Commission
255 East Temple Street, 4th floor
3 | Los Angeles, CA 90012

4 | *Melanie S. Joo
Whitwell Jacoby Emhoff, LLP
5 | 202 North Canon Drive
Beverly Hills, CA 90210

6 |
*General Manager
7 | Toyota of San Diego
5910 Fairmont Street
8 | San Diego, CA 92120